M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2021 JAN 14 P 12:57
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Alexander Cole #212472
Full name and prison name of
Plaintiff(s)

v.

P. Jones, (Head Warden)
R. Carter (Captain)
Lt. Robbin
C.O.I. McCord

Name of person(s) who violated your
constitutional rights. (List the names
of all the person.)

CIVIL ACTION NO. **2:21–cv–26–RAH–KFP**
(To be supplied by Clerk of U.S. District Court)

JURY TRIAL DEMANDED

I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐  No ☒

B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐   NO ☒

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

   Plaintiff(s) _____N/A_____

   Defendant(s) _____N/A_____

2. Court (if federal court, name the district; if state court, name the county)

   _____N/A_____

3. Docket number __N/A__

4. Name of judge to whom case was assigned __N/A__

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) __N/A__

6. Approximate date of filing lawsuit __N/A__

7. Approximate date of disposition __N/A__

II. PLACE OF PRESENT CONFINEMENT __Bullock Correctional Facility__

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED __Bullock Correctional Facility__

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. P. Jones  P.O. Box 5107 Union Springs, AL. 36089
2. R. Carter  P.O. Box 5107 Union Springs, AL. 36089
3. Lt. Robbin  P.O. Box 5107 Union Springs, AL. 36089
4. C.O.I. McCord  P.O. Box 5107 Union Springs, AL. 36089
5.
6.

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED

__October 5, 2020__

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Eighth Amendment duty to make safe, Supervisory Liability, Failure to provide protective measures, and Negligence

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

ON OCTOBER 5, 2020 About 2:30-3:00 p.m. I PRESENTED to the Lt. Shift OFFICE And Advised Lt. Robbin I WAS having Suicidal thoughts of killing myself due to the Constant threats, Intimidation And Violence that WAS being Visited upon ME by SEVERAL INMATES IN E-dormitory And I NEEdEd to Speak to

GROUND TWO: _____

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Declaratory judgment, Nominal, Compensatory and Punitive damages, All Costs, Attorney Fees, and Court Costs be assested to defendants, Any and All other judgment deemed just and equalable by this Court

_Alexander Cole_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  1-11-2021
              (Date)

_Alexander Cole_
Signature of plaintiff(s)

CONTINUATION OF FACTS

Someone from mental health Lt. Robbin stated "I don't belief you" ~~[scribbled out]~~ he came back ~~[scribbled out]~~ with a box of orange disposable razors and gave me two (2) razors and told me to kill myself

I went to the health care unit and advised Officer McCord that I was having suicidal thoughts and needed to speak with someone from mental health and Officer McCord ordered me to go back to the Lt. shift office. As I presented to the Lt. shift office the second time Lt. Robbin told me if I was going to kill myself then I needed to hurry up and do it or get out of his face. So I presented to the health care unit for a second time and Officer McCord advised me that Lt. Robbin ordered him to do nothing for me until I had killed myself. So I sat on the bench in the health care unit lobby and used the razor Lt. Robbin gave me and sliced myself two (2) times on my left arm and knocked on the health care unit door and when Officer McCord seen I was bleeding he stated "You win Cole." Officer Mims came to the health care unit lobby seen I was bleeding and found the razor then took me to the nurse station I had to get 6 stiches and was seen by Nurse Caldwell (upon information & belief the nurse name is Caldwell) Nurse Caldwell asked me what made me cut myself and I explained to her (Nurse Caldwell) that I've been going through a lot of trouble from other inmates visiting violence of stabbing me and constantly threatening to cause me physical harm and when I requested to speak to mental health Lt. Robbin ordered me to prove to him I was suicidal so I cut myself because I

CONTINUATION OF FACTS

WAS ALONE AFRAID AND WOULD RATHER KILL MYSELF BY SLICING MYSELF BEFORE I WENT BY IN THE DORMITORY WHERE I WAS BEING ASSAULTED BY SEVERAL INMATES AND PICTURES WERE TAKEN OF ME/WOUNDS

I WAS TAKEN TO THE MENTAL HEALTH BUILD AND PLACED IN THE CRISIS CELL FOR 12 HRS. OR LESS AND WAS RELEASED AND WAS FORCED TO GO BACK INTO THE SAME DORMITORY THAT SEVERAL INMATES WERE VISITING VIOLENCE AND THREATS OF VIOLENCE AND INTIMIDATION ON ON ME I EXPLAINED I WOULD TRY TO KILL MYSELF AGAIN IF I WAS FORCED TO GO BACK IN THAT SAME DORMITORY TO BE STABBED TO DEATH BY SEVERAL INMATES

I EVEN CALLED MY MOTHER AND EXPLAINED TO MY MOTHER MY LIFE AND SAFETY WAS BEING THREATENED BY SEVERAL INMATES IN DORMITORY-E MOTHER CALLED BULLOCK PRISON AND ADVISED CAPTAIN MCCOVERY OF THE VIOLENCE AND THREATS AND INTIMIDATION BEING VISITED UPON ME AND CAPTAIN MCCOVERY DID NOTHING TO CURB CURB THE VIOLENCE, THREATS AND INTIMIDATION ON ME.

MR. Alexander Cole  212472

P.O. Box 5107

Unoin Spring Al. 36089




Middle District of Alabama
One Church St. Ste-B-110
Montgomery Al. 36104-4018